IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-326-FL

SHARON AKERELE,           )
                          )
        Plaintiff,        )
                          )
    v.                    )           ORDER
                          )
ANNIE EVERETT,            )
                          )
        Defendant.        )


UPON CONSIDERATION OF the Defendant's' Motion to File Out of Time, and the entire record,

IT IS HEREBY ORDERED on this  8th  day of September, 2014, that Defendant's Motion is GRANTED;

IT IS FURTHER ORDERED that Defendant shall have up to and including September 5, 2014, to file its response to Plaintiff's complaint.

SO ORDERED.

*[signature: Louise W. Flanagan]*

LOUISE W. FLANAGAN
United States District Judge