UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SHARON AKERELE,

        Plaintiff,

v.

**JUDGMENT**

No. 5:14-CV-326-FL

UNITED STATES OF AMERICA,
Substituted for Annie Everett,

        Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss the complaint for lack of subject matter jurisdiction.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 14, 2015, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. Plaintiff's claims arising out of alleged battery, assault, and defamatory conduct are DISMISSED for lack of subject matter jurisdiction. Plaintiff's claims for injunctive relief based upon such alleged torts are DISMISSED for lack of subject matter jurisdiction. Plaintiff's remaining claims based up alleged discrimination and retaliation in employment are DISMISSED WITHOUT PREJUDICE. Plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on April 14, 2015, and Copies To:**

Sharon Akerele (via U.S. Mail) PO Box 1011, Clayton, NC 27528
Kimberly A. Moore (via CM/ECF Notice of Electronic Filing)

April 14, 2015                       JULIE RICHARDS JOHNSTON, CLERK
                                          /s/ Christa N. Baker
                                         (By) Christa N. Baker, Deputy Clerk